IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE WESTERN DIVISION

_____

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**                                                    No: 2:16-cr-20142-JTF

**ZACKARY HICKS**

**Defendant.**
_____

**MOTION TO CONTINUE FOR DEFENDANT'S TESTIMONY
AT SENTENCING OF DANIEL SCOTT, SR.**
_____

**COMES NOW**, the Defendant ZACKARY HICKS in the above cause by and though the undersigned counsel TAURUS BAILEY and would move this Honorable Court for an order of continuing the sentencing set for Monday, September 12, 2016, at 10:30 am, for cause would show unto this Honorable Court as follows:

1. Counsel was appointed to represent MR. ZACKARY HICKS on September 8, 2016.
2. Mr. Hicks is expected to testify at the sentencing hearing of MR. DANIEL SCOTT, SR. who is represented by MR. ANDRE WHARTON, ATTORNEY.
3. Mr. ZACKARY HICKS needs representation at the time that he may choose to testify at the sentencing of MR. DANIEL SCOTT.
4. Counsel needs time to meet with Mr. Hicks and is already scheduled for a bench trial in Shelby County Circuit Court on Monday, September 12, 2016, at 10:00 am.
5. Counsel is asking for a short continuance of the sentencing of MR. DANIEL SCOTT.

**WHEREFORE PREMISES CONSIDERED,** the counsel for Defendant ZACKARY HICKS would respectfully move this Honorable Court for an order continuing the sentencing date until a later date at the discretion of this Honorable Court.

      Respectfully submitted,


      **/s/Taurus Bailey**

      **Taurus Bailey #24303**
      Attorney for Defendant
      100 N. Main Street, Suite 3002
      Memphis, TN 38103
      (901) 575-8702 x. 3


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered via electronic mail, to Samuel Stringfellow**,** Assistant United States Attorney, at 167 North Main, Memphis, Tennessee 38103, and Mr. Andrew Wharton, 1575 Madison Ave, Memphis, TN 38104 this 8th day of September, 2016.


**s/Taurus Bailey**
**TAURUS BAILEY**